# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BARNARD JORDAN,**

    **Plaintiff,**

v.                                               **Case No: 6:20-cv-457-PGB-EJK**

**XPO LOGISTICS, INC., XPO LOGISTICS, LLC and XPO LOGISTICS FREIGHT, INC.,**

    **Defendants.**

_____/

## **ORDER**

This cause comes before the Court on the Stipulation of Voluntary Dismissal With Prejudice (Doc. 26). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on June 4, 2021.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record